1  Douglas M. Schumacher, State Bar No. 012876
2  Schumacher Law Firm
3  12625 North Saguaro Boulevard, Ste. 115
   Fountain Hills, Arizona  85268
4  Telephone: 480.315.8807
5  douglas@shoelawaz.com

6  Attorneys for Plaintiff Jen-Lung David Tai

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT COURT OF ARIZONA**

| | |
|---|---|
| JEN-LUNG DAVID TAI, an individual;<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MINKA LIGHTING, INC., a California Corporation;<br><br>　　　　　Defendant. | Civil Action No.<br><br>**SUMMONS IN A CIVIL ACTION** |

**TO:  MINKA LIGHTING, INC.**
　　　1151 West Bradford Court
　　　Corona, California  92882-7126

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you much serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas M. Schumacher, State Bar No. 012876
Schumacher Law Firm
12625 North Saguaro Boulevard, Ste. 115
Fountain Hills, Arizona  85268
Telephone: 480.315.8807
douglas@shoelawaz.com

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                CLERK OF COURT

Date: _____   _____
                   Signature of Clerk or Deputy Clerk